# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　Plaintiff,<br><br>and<br><br>IDAHO HUMAN RIGHTS COMMISSION,<br><br>　　Intervenor Plaintiff,<br><br>v.<br><br>THE BURRITO SHOPPE LLC, d/b/a SQUEEZERS GIANT BURGERS, and ALLIED FOOD SERVICE, INC., d/b/a SQUEEZERS,<br><br>　　Defendant and Intervenor Defendant. | Case No. CV 05-329-S-LMB<br><br>**ORDER** |

　　Currently pending before the Court are the Idaho Human Rights Commission's Motion for Extension of Time to Complete Discovery (Docket No. 86), Defendants' Motion to Limit Disclosure of Records, Documents and Things (Docket No. 92), and Defendants' Motion for Order Compelling Disclosures or Discovery and Sanctions (Docket No. 94).  Having carefully reviewed the record, considered oral arguments, and otherwise being fully advised, the Court entered the following Order from the bench at the hearing held on August 6, 2007:

**ORDER -1-**

1. The Nampa Police Department ("NPD"), a non-party to the instant lawsuit, is directed to produce to Plaintiffs by Friday, August 10, 2007, all records identified by the NPD as responsive to the Idaho Human Rights Commission ("IHRC") Subpoena and this Court's Order of May 17, 2007 (Docket No. 87) provided that such records are not subject to Defendants' objection.

2. The NPD is directed to produce in camera to the Court by Friday, August 10, 2007, all records identified by the NPD as responsive the IHRC Subpoena and this Court's Order of May 17, 2007 (Docket No. 87) that are subject to Defendants' objection.

3. The IHRC's Motion for Extension of Time to Complete Discovery (Docket No. 86) is GRANTED. Accordingly, Plaintiffs shall respond to Defendants' First Set of Interrogatories and Request for Production of Documents by September 10, 2007. Further, Plaintiffs shall make Audrey Powers available for her deposition, and Defendants shall make Mr. Dorsey available for his continued deposition by September 10, 2007. If Plaintiffs request additional time for these depositions, this period of time may be extended an additional 30 days.

4. Defendant's Motion to Limit Disclosure (Docket No. 92) is GRANTED in part and DENIED in part, as the Court will review the disputed documents in camera.

5. Defendants' Motion for Order Compelling Disclosures or Discovery and Sanctions (Docket No. 94) is GRANTED in part, as Plaintiffs must respond to written discovery and make Audrey Powers available for deposition by September 10, 2007.

6. Defendants' Motion for Order Compelling Disclosures or Discovery and Sanctions (Docket No. 94) is DENIED in part, as no sanctions will be awarded.



DATED: **August 7, 2007**.

_____
Honorable Larry M. Boyle
U. S. Magistrate Judge

**ORDER -3-**